UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANTA, ET AL,
     - Plaintiff
  v.                                       CIVIL NO. 2:91CV01005(TPS)
CIMIANO, ET AL,
     - Defendant

## DISCOVERY ORDER

A settlement/discovery conference was held today. The case has not settled, but the Magistrate Judge is optimistic that it will settle once the following documents are produced in discovery, the deadline for production of the following documents being December 31, 2013:

    Current voting lists, including all active and inactive voters from January 1, 2010 through December 31, 2013.

    Current procedures for moving voters from the active to the inactive list, or for removing voters from any existing voter list.

    Current procedures and resources allocated for canvassing voters.

    Current procedures and resources allocated for cross-checking voter lists information with other agency information.

    Current demographic information, including Hispanic identity, about people living in the City of Hartford.

A second settlement/discovery conference will be held before the undersigned at 10:00 a.m. on February 19, 2014, at which session the case should be ready for settlement. **IT IS SO ORDERED.**

**Dated at Hartford, Connecticut this   8th   day of October, 2013.**

                                       /s/ Thomas P. Smith
                                       **THOMAS P. SMITH**
                                       **UNITED STATES MAGISTRATE JUDGE**